Date: 11/25/09   DIVIDENDS REMITTED TO THE COURT   # 149516   Page:

Case Number 09-13382 - DAEDELOW, RICHARD J

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba AMERICAN EAGLE<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131<br>    ACCOUNT NO. 6106 | 000005 | 60.85 | 1.58  #105 |
| ----------- Remittance Total --------------- | | 60.85 | 1.58 |

_signature_
MARVIN A. SICHERMAN, Trustee